BURMASTER, Respondent, v. PENNSYLVANIA R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Martha Burmaster

against the Pennsylvania Railroad Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.